# EXHIBIT C-1

4/24/2026 10:34 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 114064224
By: Julio Garcia
Filed: 4/13/2026 11:57 PM

2026-27445 / Court: 281

**NO. ___________________**

| | | |
|---|---|---|
| **CERELYN KELSEY** *Plaintiff,* | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **V.** | § | **________ JUDICIAL DISTRICT** |
| | § | |
| **ZILLOW GROUP, INC.** | § | |
| *Defendant.* | § | **OF HARRIS COUNTY, TEXAS** |

**PLAINTIFF'S ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** CERELYN KELSEY, Plaintiff, complaining of and about ZILLOW GROUP, Inc., Defendant, and for cause of action shows unto the Court the following:

**DISCOVERY CONTROL PLAN LEVEL**

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

**PARTIES AND SERVICE**

2. Plaintiff, CERELYN KELSEY, is an individual who lawfully resides in the United States.

3. Defendant ZILLOW GROUP, Inc. is a Foreign Corporation duly authorized to and engaged in business in the State of Texas and service of process on the Defendant may be effected by serving its registered agent of the corporation, United Agent Group Inc., located at 5444 Westheimer #1000 Houston, TX 77056.

**JURISDICTION AND VENUE**

4. This is a proceeding for damages to redress unlawful violations of the Texas Commission on Human Rights Act, Tex. Labor Code § 21.001 *et seq.* ("TCHRA"), and Texas state law.

5. This Court has jurisdiction over this lawsuit under the Texas Commission on

Certified Document Number: 126323053 - Page 1 of 7

Human Rights Act, Tex. Labor Code § 21.001 *et seq.* ("TCHRA"). Also the amount of the judgment sought in this matter is within this Court's jurisdictional limits. Plaintiff seeks damages of more than $100,000.00 but not more than $500,000.00.

6. Venue is permissible in this Court because the events and circumstances giving rise to this dispute and complained of in Plaintiff's Original Petition took place in Houston, Harris County, Texas.

**NATURE OF ACTION**

7. This is an action to recover damages under the laws of the state of Texas.

8. Plaintiff makes common law claims and claims under Chapter 21 of the Texas Labor Code, Section 21.001 et. seq. Texas Labor Code, as amended, to correct unlawful employment practices on the basis of race and sex.

**CONDITIONS PRECEDENT**

9. On July 2, 2025, more than 180 days prior to the institution of this lawsuit, Plaintiff filed a charge with the Equal Employment Opportunity Commission ("EEOC"), alleging violations of Employment Discrimination of the Texas Labor Code. A notice of the right to file a civil action has been requested from the EEOC is attached hereto. See Exhibit A. All conditions precedent to the institution of this lawsuit have been fulfilled. This suit is filed within two years of the date of the filing of her Charge of Discrimination.

**FACTS**

1. In June 2024 Plaintiff became employed by the Defendant as a remote sales associate.

2. In early 2025 Plaintiff sought a new position as Team Lead. In this new role, Plaintiff would be responsible for distributing sales team leads remotely from her Houston

Certified Document Number: 126323053 - Page 2 of 7

location.

3. Plaintiff’s pay and title, remained the same - which was significantly less than her contemporaries and her predecessor whom were all white individuals – while was expected to do the work of multiple management roles.

4. Becoming the Team lead should have been a promotion for Plaintiff with an increase in pay.

5. Plaintiff was capable of doing the job of a Team Lead.

6. Defendant opted to hire a younger white male employee with lesser experience for Team Lead.

7. Plaintiff was not given a fair chance to succeed as Team Lead due to race and the fact that he was a younger black female.

8. Plaintiff was qualified for the job of Team Lead, as she had been filling the role at her prior employer.

9. Further, Plaintiff was not given fair sales leads and deal distribution as her other counterparts

10. On or about January 2026, Plaintiff was terminated from her employment with the Defendant without proper cause.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION:
### Sex Discrimination in violation of the Texas Commission on Human Right Act

11. Defendant intentionally engaged in unlawful employment practices involving Plaintiff because she is a black female.

12. Defendant discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated or classified Plaintiff in a

Certified Document Number: 126323053 - Page 3 of 7

manner that would deprive or tend to deprive her of any employment opportunity or adversely affect her status because of Plaintiff's gender in violation of the Texas Labor Code.

13. Defendant classified Plaintiff in a manner that deprived her of an equal employment opportunity that was provided to other employees who were similarly situated in violation of the Texas Labor Code.

14. Plaintiff alleges that Defendant discriminated against Plaintiff on the basis of sex – gender - with malice or with reckless indifference to the state-protected rights of Plaintiff.

**SECOND CAUSE OF ACTION:**
**Race Discrimination in violation of the Texas Commission on Human Right Act**

15. Pursuant to Texas state law, Plaintiff pleads a cause of action against Defendants for race discrimination in violation of § 21.051 of the TCHRA. The allegations contained in all of the paragraphs of this Petition are hereby reaverred and realleged for all purposes and incorporated herein with the same force and effect as if set forth verbatim. Plaintiff further shows as follows:

16. The effect of Defendant's actions, as alleged above, denied Plaintiff equal employment opportunities and discriminated against her on the basis of his race - black. Plaintiff was fully qualified to perform the duties of her job. Plaintiff, a black man, was treated differently than similarly situated persons who were non-black by being subjected to different terms of employment and subjected to different rules based upon her race and/or color.

17. Plaintiff was terminated and, upon information and belief, replaced by a white male.

18. Plaintiff, as a black person, was a member of a protected class during her employment with Defendant.

19. Plaintiff suffered irreparable injury from Defendant's policies and practices as stated in this petition.

Certified Document Number: 126323053 - Page 4 of 7

20. Plaintiff has suffered emotional and mental anguish as a result of Defendant's actions.

21. Defendant committed such action with malice and reckless disregard to Plaintiff's State protected rights therefore entitling Plaintiff to punitive and/or exemplary damages.

22. Plaintiff is entitled to money damages for Defendant's violation of her rights as guaranteed by TCHRA.

**THIRD CAUSE OF ACTION:**
**Negligent Supervision**

15. Plaintiff alleges that the conduct of Defendant Zillow, constituted negligent supervision. Plaintiff alleges that Defendant Zillow, did not properly screen, evaluate, investigate, or take any reasonable steps to determine whether Plaintiff's immediate supervisor was unfit, incompetent, or a danger to third parties. Defendant knew or should have known that the supervisor was unfit and could foresee that he would come in contact with Plaintiff, creating a risk of danger to Plaintiff. Defendant Zillow's failure to exercise reasonable care in the supervision of her supervisor was the proximate cause of damages to Plaintiff for which Plaintiff hereby sues.

**JURY DEMAND**

16. Plaintiff demands that this Court empanel a lawful jury to hear this case and has paid the appropriate fee.

**RESERVATION OF RIGHTS**

17. Plaintiff specifically reserves the right to bring additional causes of action against Defendant Fisher and to amend this Petition as necessary.

**PRAYER**

WHEREFORE, Plaintiff respectfully prays that this Court enter a judgment:

Certified Document Number: 126323053 - Page 5 of 7

a. Declaring that the acts and practices complained of herein are in violation of the Texas Commission on Human Rights Act;

b. Awarding plaintiff any back pay with interest on any back pay awarded;

c. Awarding plaintiff any front pay with interest on any front pay awarded;

d. Awarding plaintiff any liquidated damages with interest on any liquidated damages awarded;

e. Awarding plaintiff compensatory damages, punitive damages, and such other monetary relief as may be deemed appropriate in amounts to be determined at trial;

f. Awarding plaintiff prejudgment and postjudgment interest to the maximum extent permitted by law;

g. Awarding plaintiff costs of suit;

h. Awarding plaintiff the cost of this action together with expert witness fees and reasonable attorney's fees, as provided by section the Texas Commission on Human Rights Act;

i. Directing defendant to pay plaintiff damages for mental anguish;

j. Granting such other and further relief as this Court deems necessary and proper.

Respectfully submitted,

/s/Kevin A. Murray

KEVIN A. MURRAY
SBN 24007720
BROOK HOLLOW III
2950 NORTH LOOP WEST, SUITE 500
HOUSTON, TEXAS 77092
713.355.5500
888.331.5747 FAX
kmurray@murrlaw.com
**ATTORNEY FOR PLAINTIFF**

Certified Document Number: 126323053 - Page 6 of 7

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

kevin murray
Bar No. 24007720
kmurray@murrlaw.com
Envelope ID: 114064224
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 4/24/2026 11:36 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alexandra Smoots | | asmoots@murrlaw.com | 4/24/2026 10:34:54 AM | NOT SENT |
| Kevin Murray | | kmurray@murrlaw.com | 4/24/2026 10:34:54 AM | NOT SENT |

Certified Document Number: 126323053 - Page 7 of 7

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this September 8, 2026

Certified Document Number: 126323053 Total Pages: 7

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2026-27445 / Court: 281

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houston District Office
[illegible] Street, 6th Floor
Houston, TX [illegible]
[illegible]
Website: [illegible]

EXHIBIT

A

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/13/2026

**To:** Ms. Cerelyn L. Kelsey
9701 Meyer Forest Dr. Apartment 5104
HOUSTON, TX 77096

Charge No: 460-2025-06502

EEOC Representative and email: KEITH RUTLEDGE
INVESTIGATOR
KEITH.RUTLEDGE@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination. The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2025-06502.

On behalf of the Commission,

Digitally Signed By: Rayford O. Irvin
01/13/2026

Rayford O. Irvin
District Director

Certified Document Number: 126323055 - Page 1 of 2

Cc:
Maggie Tibble
1301 Second Avenue Floor 36
SEATTLE, WA 98101

Daniel Coolidge
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010

Lizeth G Juarez
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010

Danielle K Herring
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010

Zillow Group
9701 Meyer Forest Dr. Apartment 5104
HOUSTON, TX 77096

Please retain this Notice for your records.

Certified Document Number: 126323055 - Page 2 of 2

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this September 8, 2026

Certified Document Number: 126323055 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**